1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SANTOS BARAJAS, | ) No. CV 08-02845-SJO (VBK) |
|---|---|
| Petitioner, | ) ORDER (1) ACCEPTING AND ADOPTING |
| | ) THE REPORT AND RECOMMENDATION OF |
| v. | ) THE UNITED STATES MAGISTRATE |
| | ) JUDGE, AND (2) DISMISSING THE |
| JOHN F. SALAZAR, | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS |
| Respondent. | ) |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and Petitioner's Objections.

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation with the following changes at p. 1, lines 17-18

//
//
//
//
//
//

delete "J. Spencer Letts" and insert "S. James Otero," and (2) Judgment be entered denying and dismissing the Petition without prejudice.

DATED: 7/10/09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE