UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| SANTOS BARAJAS, | ) | No. CV 08-02845-SJO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN F. SALAZAR, | ) | |
| Respondents. | ) | |

    Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

    **IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: 7/10/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE